UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA; *et.al.*,

          Plaintiffs,

vs.

SFR INVESTMENTS POOL 1, LLC; *et.al.*,

          Defendants.

Case No. 2:15–cv–1771–APG–VCF

**ORDER**

MOTION FOR PROTECTIVE ORDER (ECF NO. 34)

      This matter involves Bank of America's civil action against SFR Investments and other Defendants. Before the court is Bank of America's motion for protective order (ECF No. 34). SFR's response was due on May 23, 2016. LR 7-2(b). As of May 31, 2016, the court has not received SFR's response.

      After reviewing Bank of America's motion, the court orders SFR to respond by June 7, 2016.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that on or before June 7, 2016, SFR respond to Bank of America's motion for protective order (ECF No. 34).

      IT IS SO ORDERED.

      DATED this 31st day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1