# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA, N.A.,

          Plaintiff,

vs.

SFR IVESTMENTS POOL 1, LLC; *et.al.*,

          Defendants.

Case No. 2:15–cv–1771–APG–VCF

**ORDER**

MOTION TO COMPEL (ECF NO. 39)

      Before the court are SFR's motion to compel (ECF No. 39) and Bank of America's response (ECF No. 44).  SFR's reply was due on July 5, 2016.  LR 7-2(b).   As of July 13, 2016, SFR has not filed a reply.  In its response, Bank of America stated that it "has produced all relevant documents" and that "all relevant documents have been produced."  (ECF No. 44 at 2)  SFR had the opportunity to reply to this argument, but apparently chose not to file a substantive reply.  SFR's failure to dispute Bank of America's representations that it has fully responded to the requests for production at issue constitutes an acknowledgment that the representation are correct.  *See* LR 7-2(d).  SFR's motion is therefore denied as moot since Bank of America has produced all relevant documents.[1]

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that SFR's motion to compel (ECF No. 39) is DENIED.

      IT IS SO ORDERED.

      DATED this 13th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] This court also notes that both parties have filed motions for summary judgment.  (ECF No. 42); (ECF No. 46)