ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
         donna.wittig@akerman.com

*Attorneys for Plaintiff and
Counter-Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; MANCHESTER PARK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>                    Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association, and RYAN TORRISI, an individual,<br><br>                    Counterdefendant/Cross-defendant. | Case No.: 2:15-cv-01771-APG-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

   Plaintiff and Counter-Defendant Bank of America, N.A. (**BANA**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP.  **BANA** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

/ /

Akerman LLP will continue to represent **BANA** and requests that Ariel Stern, Esq. and Brett Coombs, Esq. receive all future notices.

Respectfully submitted this 7th day of September, 2016

**AKERMAN LLP**

/s/  Brett M. Coombs
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email: ariel.stern@akerman.com
           brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-defendant Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.
Dated this   8th   day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 7th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL,** in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

| | |
|---|---|
| Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>Diana S. Cline Ebron, Esq.<br>**KIM GILBERT EBRON**<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | Joseph P Garin, Esq.<br>Kaleb D. Anderson, Esq.<br>David t. Ochoa, Esq.<br>**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Manchester Park Homeowners Association* |

 /s/ Carla Llarena
An employee of AKERMAN LLP

3