ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; MANCHESTER PARK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE, <br><br> Defendants. <br><br> AND ALL RELATED CLAIMS. | Case No.: 2:15-cv-01771-APG-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Brett M. Coombs, Esq., is no longer associated with the law firm of Akerman LLP.

49545538;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Scott R. Lachman, Esq.

DATED this 12th day of August, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: August 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE

2

49545538;1