ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; MANCHESTER PARK HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE, <br><br> Defendants. | Case No.: 2:15-cv-01771-APG-NJK <br><br> **ORDER TO RELEASE BOND** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., a national association; AND RYAN TORRISI, an individual, <br><br> Counterdefendant. | |

51115084;1

1

SFR Investments Pool 1, LLC demanded Bank of America, N.A. post a cost bond pursuant to NRS 18.130(1). (ECF No. 11.) A $500 cash deposit was subsequently made by Akerman LLP on behalf of Bank of America. (ECF No. 17.) The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1). The court granted judgment in favor of Bank of America. (ECF Nos. 80 and 81.) Since no costs may be awarded against Bank of America and this matter is now concluded, the court will refund the $500.00 deposit plus interest to Akerman LLP.

**IT IS SO ORDERED.**

Dated: December 13, 2019.

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*
**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*